176 So. 223

**Jerry COLLINS v. STATE.**

**6 Div. 164.**

Supreme Court of Alabama.

June 28, 1937.

Rehearing Denied Oct. 14, 1937.

Ross, Bumgardner, Ross & Ross, of Bessemer, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

---

[2] Ante, p. 119.

BOULDIN, Justice.

Petition of Jerry Collins for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of Collins v. State, 27 Ala.App. 499, 176 So. 219.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.